IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY DEWAYNE HALL                                              PLAINTIFF

                v.                 Civil No. 05-4043

H.L. PHILLIPS, SHERIFF; JEFF
BLACK; and TERRY PORTER                              DEFENDANTS

**ORDER**

On February 23, 2006, defendants filed a motion to withdraw and substitute counsel (Doc. 26). The motion indicates Ms. Angela Echols will no longer be associated with the law firm of Bachelor & Newell and asks that C. Burt Newell be substituted as attorney of record for the defendants. The motion further indicates that Mr. Newell is prepared to comply with all scheduling orders. The motion is granted.

IT IS SO ORDERED this 2nd day of March 2006.

                                                                     /s/ Bobby E. Shepherd
                                                                     UNITED STATES MAGISTRATE JUDGE