IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TOMMY DEWAYNE HALL                                                    PLAINTIFF

              v.                    Civil No. 05-4043

SHERIFF H.L. PHILLIPS; JEFF
BLACK; and TERRY PORTER                                              DEFENDANTS

## O R D E R

On February 14, 2006, defendants filed a summary judgment motion (Doc. 22). To assist

plaintiff in responding to the summary judgment motion, the undersigned is propounding a

questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report

and recommendation on the summary judgment motion. For this reason, Tommy Dwayne Hall

is hereby directed to complete, sign, and return the attached response to defendants' summary

judgment motion on or before **May 8, 2006**. **Plaintiff's failure to respond within the required**

**period of time may subject this matter to dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 6th day of April 2006.


                                        /s/ Bobby E. Shepherd
                                        UNITED STATES MAGISTRATE JUDGE

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## TEXARKANA DIVISION

TOMMY DEWAYNE HALL                                                    PLAINTIFF

      v.                Civil No. 05-4043

SHERIFF H.L. PHILLIPS; JEFF
BLACK; and TERRY PORTER                                               DEFENDANTS

## **RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  TOMMY DWAYNE HALL

These questions and answers will serve as your response to defendants' motion for summary judgment.  You may use additional sheets of paper in responding to these questions. You must file this response by **May 8, 2006.**

1.  You were booked into the Miller County Jail (MCJ) on August 27, 2004.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

2.  Please state how long you remained continuously incarcerated in the MCJ after you were booked in on August 27, 2004.  If you can, provide the exact dates of your incarceration at the MCJ.

Answer:

_____

_____

_____

_____

_____

3.   Why were you incarcerated?  Were you awaiting trial on pending criminal

charges, serving a sentence, or had your probation, parole, or supervised release been

revoked?

Answer:

_____

_____

_____

_____

_____

4.  On January 4, 2005, you fell on some water that had leaked from a faulty water

sprinkler.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

5(A).  Prior to your fall on January 4, 2005, you did not notice the water sprinkler was

defective.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1, response

to interrogatory number 3.

_____

_____

_____

_____

_____

(B).  Prior to your fall, had any other inmates or jail staff fallen or slipped on the

water?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) who fell or slipped; (b) when this occurred; and

(c) whether the named defendants were aware of this incident.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(C).  Prior to your fall, please state:  (a) how long the sprinkler had been leaking; (b)
how much it had been leaking; and (c) whether others had drawn the leak to the attention of
the named defendants or other jail personnel.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    6.  Did you sustain any injuries in the fall?

Answer:  Yes _____ No _____.

    If you answered yes, please describe:  (a) the physical injuries you sustained; (b) the symptoms you experienced; (c) the severity of the symptoms: and (d) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    7.  Did you seek, or receive, any medical care after your fall?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) who you were treated by; and (b) what treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8.  You did not personally speak to, or communicate with, Sheriff Phillips regarding conditions at the jail or your requests for medical treatment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

9.  You did not personally speak to, or communicate with, Jeff Black regarding

conditions at the jail or your requests for medical treatment.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

10.  You believe Jeff Black is liable for any constitutional violations solely because he

is the jail administrator.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

11(A).  You were given Ibuprofen to relieve the pain after your fall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4,

grievance dated March 9, 2005.

_____

_____

_____

_____

_____

     (B).  In your March 9th grievance, you also state you were supposed to see the doctor

again.  Please state:  (a) when you were seen by the doctor; (b) the doctor's name; and (c)

what treatment you received.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     12(A).  You received all medical treatment Terry Porter believed in the exercise of

her medical judgment that you needed following your fall.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

(B).  In a grievance dated April 8, 2005, you stated that other inmates were receiving

proper medical care.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2,

grievance dated April 8, 2005.

_____

_____

_____

_____

_____

(C).  All decisions regarding the medical care an inmate should receive were made by

Terry Porter or other medical personnel.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

     (D).  Did you suffer any physical injury as a result of not receiving medical care while you were at the MCJ or because of a delay in your receiving medical care?

     Answer:  Yes _____ No _____.

     If you answered yes, please describe the physical injury you suffered.

_____

_____

_____

_____

_____

     13.  You were able to send and receive legal mail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

     14.  You were able to send and receive personal mail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

15.   You had an attorney to represent you on your criminal charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  **In explaining, please state why you did not ask the court**

**to appoint you an attorney.**

_____

_____

_____

_____

_____

16.   Please describe how you sent legal mail when you were at the MCJ.  For

instance, did you seal it in an envelop and write the words legal mail on it?  Were you

provided with pre-stamped envelops?

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

17.  You submitted two grievance forms dated November 22, 2004.  In the grievances you state your legal mail was returned to you.  You also state your legal mail was being held and had been opened.   Please state:  (a) who the legal mail was being sent to; (b) what the legal mail was; (c) whether more than one piece of legal mail was involved; (d) who opened or held your legal mail; (e) the reason given for it being opened or held; and (f) whether this was the only time this occurred.  If this was not the only time you had problems with your legal mail, please describe what other problems you had and when they occurred.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

18. You state you were attacked by a fellow inmate on February 5, 2005.

(A).  With respect to the attack please state:  (a) the name of the inmate who attacked you; (b) when the attack occurred; (c) whether the inmate had threatened you in anyway prior to February 5th; (d) whether the inmate was on your enemy list or whether you had reported having any problems with the inmate prior to February 5th; and (e) who was present when the attack occurred.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B).  Did you speak to, or communicate with, Sheriff Phillips about the attack?

Answer:  Yes _____ No _____.

If you answered yes, please describe your communication and state what, if any,

response Sheriff Phillips made.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state why you believe Sheriff Phillips should be held liable for the actions of others.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(C).  Did you speak to, or communicate with, Jeff Black about the attack?

Answer:  Yes _____ No _____.

If you answered yes, please describe your communication and state what, if any, response Jeff Black made.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     If you answered no, please state why you believe Jeff Black should be held liable for the actions of others.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     (D).  Please describe the physical injuries you received in the assault and state whether you sought, or received, any medical treatment as a result of the injuries.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(E).   After you were assaulted, were you and the inmate who assaulted you kept

separated?

Answer:  Yes _____ No _____.

If you answered yes, please state how you were kept separate.

_____

_____

_____

_____

_____

If you answered no, please state whether you had any further trouble with this inmate.

_____

_____

_____

_____

_____

19.  You allege you were falsely imprisoned on a failure to appear charge.

(A).  Had a warrant been issued for your arrest on this charge?

Answer:  Yes _____ No _____.

If you answered yes, please state how you believe you were falsely imprisoned.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B).  Is the failure to appear charge still pending?

Answer:  Yes _____ No _____.

If you answered no, please state whether the charge was dismissed or if you plead guilty or were found guilty of the charge.  If you were convicted, please state the date of conviction and indicate if the conviction has been reversed, set aside, or been held to be invalid.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

20.  None of the named defendants failed to protect you from harm from other inmates.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, be specific.  List each defendant who you contend failed to protect you and describe how you believe he or she failed to protect you from attack.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

21.  None of the named defendants ignored an escalating or acute medical condition of yours.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, be specific.  List each defendant you contend ignored an escalating or acute medical condition of yours and describe how he or she exhibited deliberate indifference to your serious medical condition.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

22.   Do you contend a custom or policy of Miller County was the moving force behind a violation of your constitutional rights?

Answer:  Yes _____ No _____.

If you answered yes, please describe in detail the custom or policy and how it operated to deprive you of your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

23.  Under section 1983, a defendant can be sued in his individual capacity and in his

official capacity. An official capacity claim is the same as suing the governmental entity for whom the individual defendant works. Did you intend to sue the defendants in their individual capacities, or their official capacities, or both?

Answer:

_____

_____

_____

_____

      **Detail below any further response you would like to make to defendants' summary judgment motion. If you have any exhibits you would like the court to consider, please attach the exhibits to this response.**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2006.

_____

TOMMY DWAYNE HALL